Dottie M. WOMACK, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 02–2184.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 26, 2002.

Decided Dec. 17, 2002.

Dottie M. Womack, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dottie M. Womack seeks review of the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of social security benefits pursuant to 20 C.F.R. §§ 404.1520(c), 416.920(c)(2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the rea-

soning of the district court. *See Womack v. Barnhart,* No. CA–01–59 (W.D.Va. Sept. 16 & 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*